In the Matter of the Claim of DOROTHY ROMANELLI, Respondent, v. HUEBLEIN LIQUOR COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

In the Matter of the Claim of GOLDIE KELLY, on Behalf of Herself and Totally Disabled Child, Respondent, v. JOSEPH SUGARMAN et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.